UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLON JEROME ORR, | No. 2:15-cv-1739 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| RONALD RACKLEY, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel. On June 13, 2016, petitioner filed a motion for certificate of appealability. (ECF No. 17.) However, on May 23, 2016, the district court declined to issue a certificate of appealability. (ECF No. 15.) "If the court denies a certificate, the parties may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11, 28 U.S.C. foll. § 2254.

Here, petitioner's motion was filed along with his notice of appeal. Therefore, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send petitioner's motion (ECF No. 17) to the Ninth Circuit and terminate the motion from the district court docket.

Dated:  June 30, 2016

/orr1739.coa.app

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1